**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-01036-REB - PAC

JEFFREY R. MAYTON,
    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER;
JOSE E. VALERION, individually, and in his official capacity as a Police Officer for the City and County of Denver;
GERARD ALARCON, individually, and in his official capacity as a Police Officer for the City and County of Denver;
ROBERT J. WYCOFF, individually, and in his official capacity as a Police Officer for the City and County of Denver,
    Defendants.

**ORDER OF DISMISSAL
(Except City & County of Denver)**

**Blackburn, J.**

On December 19, 2005, the plaintiff filed a **Motion to Dismiss all Defendants Except the City and County of Denver pursuant to 41(a)(2) Fed.R.Civ.P.** [#27]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claim against defendants, Josh E. Valerio, Gerard Alarcon and Robert J. Wycoff, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion to Dismiss all Defendants Except the City and County of Denver pursuant to 41(a)(2) Fed.R.Civ.P.** [#27], filed on December 19, 2005, is **GRANTED**;

2. That plaintiff's claim against defendants, Josh E. Valerio, Gerard Alarcon, and Robert J. Wycoff, is **DISMISSED WITH PREJUDICE** with these parties to pay their own attorney fees and costs; and

3. That defendants, Josh E. Valerio, Gerard Alarcon, and Robert J. Wycoff, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated December 19, 2005, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge