**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-01036-REB - PAC

JEFFREY R. MAYTON,

     Plaintiff,

v.

THE CITY AND COUNTY OF DENVER;

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     On January 3, 2006, the parties filed a **Stipulation to Dismiss** [#31].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation to Dismiss** [#31], filed on January 3, 2006, is **APPROVED**;

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

     3.  That the Trial Preparation Conference set for December 1, 2006, is **VACATED**; and

4.  That the jury trial set to commence December 18, 2006, is **VACATED**.

Dated January 3, 2006, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge